Richard J. McCord, Esq.
Robert D. Nosek, Esq.
CERTILMAN BALIN ADLER & HYMAN, LLP
Counsel to the Chapter 7 Trustee,
90 Merrick Avenue
East Meadow, New York 11554
Phone: (516) 296-7000
Fax: (516) 296-7111

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK                    **Hearing Date: March 24, 2020**
-----------------------------------------------------------X            **Time: 9:30 a.m.**
In re:                                                                   **Objection Date: March 17, 2020**
                                                                          **Time:   4:00 p.m.**
LOUIS M. BOREK,
                                                          Chapter 7
                        Debtor.                           Case No. 16-42540-ess


-----------------------------------------------------------X
RICHARD J. MCCORD, Chapter 7 Trustee
for the Estate of LOUIS M. BOREK,

                                                          Adv. Pro. No. 17-01155-ess

                    Plaintiff,
-against-

ARIHAY KAIKOV a/k/a ARI KAIKOV and
USP AEROSPACE SOLUTIONS, INC.,

                    Defendants.
-----------------------------------------------------------X


**NOTICE OF MOTION AND APPLICATION IN SUPPORT FOR AN ORDER
PURSUANT TO RULE 9019(a) OF THE FEDERAL RULES OF BANKRUPTCY
PROCEDURE AUTHORIZING COMPROMISE AND SETTLEMENT OF THE
<u>ADVERSARY PROCEEDING</u>**

      **PLEASE TAKE NOTICE,** that upon the annexed affirmation of Richard J. McCord,

Esq., Chapter 7 Trustee (the "Trustee") for the Estate of Louis M. Borek, by his attorneys

Certilman Balin Adler & Hyman, LLP, will move this Court for the entry of an Order (i)

pursuant to Rules 2002(a)(3) and 9019(a) of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules"), approving the Stipulation and Order Resolving Adversary Proceeding, which proposes to settle and dismiss the above captioned adversary proceeding; and (ii) granting such other and further relief as may seem just and proper (the "Motion").

**PLEASE TAKE FURTHER NOTICE**, that the Court will hold a hearing on the Motion before the Honorable Elizabeth S. Stong, United States Bankruptcy Judge for the Eastern District of New York, at the United States Bankruptcy Courthouse, 271 Cadman Plaza East, Courtroom 3585, Brooklyn, New York 11201, on **March 24, 2020 at 9:30 a.m.**

**PLEASE TAKE FURTHER NOTICE**, that objections, if any, to the relief sought in the Motion shall conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules, shall be in writing, shall state with particularity the grounds therefor, and shall be filed with the Bankruptcy Court for the Eastern District of New York, electronically in accordance with General Order M-242 by registered users of the Bankruptcy Court's electronic case filing system and by all other parties in interest on a 3.5 inch disk, preferably in Portable Document Format ("PDF"), Word Perfect, or any other Window-based word processing format, with a hard copy delivered directly to the Chambers of the Honorable Elizabeth S. Stong, United States Bankruptcy Judge, and shall be served (in hard copy) so as to be received by **4:00 p.m. (New York time) on or before March 17, 2020 at 4:00 p.m.,** upon the Trustee, Richard J. McCord, Esq., Certilman Balin Adler & Hyman, LLP, 90 Merrick Avenue, East Meadow, New York, 11554, and the Office of the United States Trustee, Eastern District of New York (Brooklyn Office), U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, New York 10014.

**PLEASE TAKE FURTHER NOTICE,** that the hearing to consider the Motion may be adjourned from time to time without notice to any creditor or other party-in-interest other than by an announcement of the adjourned date in open Court on the Hearing Date.

Dated: East Meadow, New York
February 24, 2020

        **CERTILMAN BALIN ADLER & HYMAN, LLP**
        Attorneys for Richard J. McCord, Esq., as Chapter 7
        Trustee of the Estate of Louis M. Borek

        By: /s/ Richard J. McCord
          **RICHARD J. MCCORD, ESQ.**
          90 Merrick Avenue
          East Meadow, New York 11554
          Phone: (516) 296-7000